**Fill in this information to identify the case:**

Debtor 1     Robert Hoy Pearsall, Jr.
Debtor 2     _____
(Spouse, if filing)
United States Bankruptcy Court for the: Eastern District of Virginia (Richmond)
Case number  17-30838-KRH

# Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:   XXXXXX9439

**Date of payment change:**
Must be at least 21 days   08/01/2019
after date of this notice

**New total payment:**   $ 1,705.10
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $  491.86           New escrow payment:  $   572.90

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: : _____

   Current interest rate: _____ %           New interest rate: _____ %
   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

Debtor 1    Robert Hoy Pearsall, Jr.                                     Case number *(if known)*   17-30838-KRH
           First Name   Middle Name   Last Name

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/ Karl Anthony Moses, Jr.                               Date   06/11/2019
     Signature

Print:    Karl Anthony Moses, Jr.             Title *Attorney*
           First Name   Middle Name   Last Name

Company    BWW Law Group, LLC

Address     8100 Three Chopt Road, Suite 240
            Number      Street

            Richmond, VA 23229
            City       State    ZIP Code

Contact phone   (804) 282-0463                Email   bankruptcy@bww-law.com

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of June, 2019, the following person(s) were or will be served with a copy of the foregoing filed pleading electronically via the CM/ECF system or by first class mail, postage prepaid:

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Kimberly Alice Chandler, Attorney
P.O. Box 17586
Richmond, VA 23226

Robert Hoy Pearsall, Jr.
1650 Heritage Hill Drive
Henrico, VA 23238

Robert Hoy Pearsall, Jr.
440 W. Third St.
Harbor Springs, MI 49740

                                                */s/ Karl Anthony Moses, Jr.*
                                                Karl Anthony Moses, Jr.
                                                Attorney
                                                BWW Law Group, LLC

**ditech.** P.O. Box 509 Tempe, AZ 85284-0109

**Annual Escrow Account Disclosure Statement**

Statement Date: 05/20/2019
Your Loan Account Number

**Questions?**

View your detailed, up-to-date escrow transactions online at myaccount.ditech.com

Call Customer Service at **1-800-643-0202**
Monday-Friday: 8 a.m. to 9 p.m. ET
Saturday: 8 a.m. to 5 p.m. ET

ROBERT PEARSALL
ROBIN JOHNSON
9600 WESTON LN
RICHMOND VA 23238-5580

## SECTION 1  WHY AM I RECEIVING THIS STATEMENT?

We review your escrow account every year to ensure it is properly funded, based on your upcoming taxes and/or insurance premiums. This statement provides details of any changes in your escrow account and resulting changes to your mortgage payment.

Our review shows your escrow account has a **shortage of $605.08**. Once we pay your upcoming insurance and/or tax payments, your escrow account will fall below the required minimum balance. See Section 4 for details. Your monthly mortgage payment is also changing **August 01, 2019**. Your new payment amount depends on which option below you choose:

**OPTION 1: Pay Shortage Now**
- Pay in full by check or money order by Jul. 25, 2019.
- Your new monthly mortgage payment will be $1,654.68.

**OPTION 2: Spread Shortage Over 12 months (No action required)**
- Add $50.42 per month for 12 months to mortgage payment.
- Your new monthly mortgage payment will be $1,705.10.

## SECTION 2  WHY ARE MY PAYMENTS CHANGING?

Changes to monthly escrow amounts are common. They're often caused by a change in your taxes and/or insurance premiums. This table shows how your escrow and mortgage payments are changing.

|  | Current Payment | Changes | OPTION 1 New Payment | OPTION 2 New Payment |
|---|---|---|---|---|
| Due Date | 06/01/2019 |  | 08/01/2019 | 08/01/2019 |
| Principal and Interest | $1,132.20 |  | $1,132.20 | $1,132.20 |
| Escrow Payment | $491.86 | ↑ $30.62 | $522.48 | $522.48 |
| Escrow Shortage |  |  |  | $50.42 |
| **TOTAL** | **$1,624.06** | **↑ $30.62** | **$1,654.68** | **$1,705.10** |

We use anticipated payments from your escrow account to determine your monthly escrow payment:

Combined Property Insurance   $1,141.00
Combined Taxes                $5,128.74
**TOTAL OUTGOING PAYMENTS**   $6,269.74   + 12 months = **$522.48 Monthly Escrow**

## SECTION 3  WHAT DO I NEED TO DO?

**TO PAY YOUR SHORTAGE NOW**

- Send a check or money order in the amount of $605.08, payable to Ditech Financial LLC by **Jul. 25, 2019**.
- Please write your Loan Account Number and "Escrow Shortage" on the check.
- Send the coupon at the bottom of this statement along with your check in the enclosed envelope.
- Unfortunately, you cannot make your escrow shortage payment online or over the phone.

**TO SPREAD YOUR SHORTAGE OUT**

No action is needed to spread your shortage payments out. If we don't receive a shortage check or money order from you, we'll automatically add shortage payments of $50.42 to your monthly payment.

**REMINDER**

If you use automatic bill pay, please contact your bank to adjust your mortgage payment amount, due August 01, 2019.

---

**ditech.**

Please detach this escrow shortage coupon, write your loan number and "Escrow Shortage" on a check or money order made payable to **Ditech Financial LLC**, and mail both in the enclosed envelope with the mailing address visible in the window.


EQUAL HOUSING LENDER

**ESCROW SHORTAGE COUPON**
This coupon and mailing address are for your escrow shortage payment only. **DO NOT use for your regular monthly mortgage payment.**

**LOAN ACCOUNT NUMBER:** 

ROBERT PEARSALL
ROBIN JOHNSON
9600 WESTON LN
RICHMOND VA 23238-5580

**Escrow Shortage Amount Due and Enclosed:**   **$605.08**

DITECH FINANCIAL LLC
PO BOX 7153
PASADENA, CA 91109-7153

## SECTION 4  HOW IS MY ESCROW SHORTAGE CALCULATED?

Every year, we analyze what you'll need to pay in taxes and/or insurance premiums. We then calculate the amount you'll likely need in escrow to pay these bills. To determine if you have enough funds in your escrow account, we use the formula below. The pre-petition deficiency and shortage is the amount claimed on the bankruptcy proof of claim minus any funds paid. This amount is also considered when identifying any escrow shortage or surplus.

|  |  |  |
|---|---|---|
| Lowest Projected Balance | $194.02 | (in gray below) |
| - Minimum Escrow Balance | $1,044.96 | (in gray below) |
| + Pre-Petition Deficiency and Shortage | $245.86 |  |
| **Shortage Amount** | **-$605.08** |  |

Your escrow account has a minimum balance, as allowed by federal laws, state laws, or your mortgage contract. Your minimum balance includes up to two months of escrow payments to cover increases to your property taxes and/or homeowners insurance. Your minimum escrow balance is $1044.96.

This table shows expected payments in and out of your account over the next 12 months:

| Date | What We Expect You to Pay to Escrow | What We Expect to Pay Out | Payment Description | Expected Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| Beginning Balance |  |  |  | $194.00 | $1,044.94 |
| 08/19 | $522.48 |  |  | $716.48 | $1,567.42 |
| 09/19 | $522.48 |  |  | $1,238.96 | $2,089.90 |
| 10/19 | $522.48 |  |  | $1,761.44 | $2,612.38 |
| 11/19 | $522.48 |  |  | $2,283.92 | $3,134.86 |
| 12/19 | $522.48 | $1,888.70 | CITY/TOWN PA | $917.70 | $1,768.64 |
| 01/20 | $522.48 | $1,141.00 | HAZARD INS | $299.18 | $1,150.12 |
| 02/20 | $522.48 |  |  | $821.66 | $1,672.60 |
| 03/20 | $522.48 |  |  | $1,344.14 | $2,195.08 |
| 04/20 | $522.48 |  |  | $1,866.62 | $2,717.56 |
| 05/20 | $522.48 |  |  | $2,389.10 | $3,240.04 |
| 06/20 | $522.48 |  |  | $2,911.58 | $3,762.52 |
| 07/20 | $522.48 | $3,240.04 | CITY/TOWN PA | $194.02 | $1,044.96 |
| Ending Balance |  |  |  | $194.02 | $1,044.96 |
| **TOTAL** | **$6,269.76** | **$6,269.74** |  |  |  |

## SECTION 5  WHAT HAPPENED SINCE MY LAST ESCROW REVIEW?

In this table, you can see payments you made into your escrow account and outgoing payments we made from your escrow account. If we projected to pay out a significantly different amount, you'll see the difference noted in gray. These differences may impact whether you have enough funds in your escrow account.

| Date | What You Actually Paid to Escrow | What We Expected You to Pay to Escrow | What We Actually Paid Out | What We Expected to Pay Out | Payment Description | Actual Balance | Expected Balance from Last Review |
|---|---|---|---|---|---|---|---|
| Beginning Balance |  |  |  |  |  | $3,309.60 | $3,555.46 |
| 07/18 | $491.86 | $491.86 | $3,240.04 | $3,063.60 | CITY/TOWN PA | $561.42 | $983.72 |
| 08/18 | $491.86 | $491.86 |  |  |  | $1,053.28 | $1,475.58 |
| 09/18 | $491.86 | $491.86 |  |  |  | $1,545.14 | $1,967.44 |
| 10/18 | $491.86 | $491.86 |  |  |  | $2,037.00 | $2,459.30 |
| 11/18 | $491.86 | $491.86 |  |  |  | $2,528.86 | $2,951.16 |
| 12/18 | $491.86 | $491.86 | $1,888.70 | $1,726.66 | CITY/TOWN PA | $1,132.02 | $1,716.36 |
| 01/19 | $983.72 | $491.86 | $1,141.00 | $1,112.00 | HAZARD INS | $974.74 | $1,096.22 |
| 02/19 |  | $491.86 |  |  |  | $974.74 | $1,588.08 |
| 03/19 | $491.86 | $491.86 |  |  |  | $1,466.60 | $2,079.94 |
| 04/19 | $491.86 | $491.86 |  |  |  | $1,958.46 | $2,571.80 |
| 05/19 | $491.86 | $491.86 |  |  |  | $2,450.32 | $3,063.66 |
| 06/19 | $491.86 E | $491.86 |  |  |  | $2,942.18 | $3,555.52 |
| 07/19 | $491.86 E |  | $3,240.04 E |  | CITY/TOWN PA | $194.00 | $3,555.52 |
| Ending Balance |  |  |  |  |  | $194.00 | $3,555.52 |
| **TOTAL** | **$6,394.18** | **$5,902.32** | **$9,509.78** | **$5,902.26** |  |  |  |

E = estimated future payment

| SECTION 6 | ADDITIONAL MESSAGES |
|---|---|

To the extent that you currently are protected by the automatic stay or have received a discharge from personal liability under the Bankruptcy Code, this Annual Escrow Account Disclosure Statement is for informational and/or compliance purposes only and is not a demand for payment from you personally or an attempt to impose personal liability. However, we retain the ability to enforce our lien on the property securing our loan, subject to applicable provisions of the Bankruptcy Code and other applicable law.